UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELSELLY SANTANA,

      Plaintiff,

v.                                                                Case No:  8:26-cv-00768-JLB-CPT

CENTRAL INTELLIGENCE
AGENCY,

      Defendant.

                                /

## ORDER

This matter is before the Court on *pro se* Plaintiff Welselly Santana's Complaint. (Doc. 1).  Upon careful review, the Court finds that the Complaint's legal theories are "'utterly frivolous,' 'patently ludicrous,' and 'a waste of . . . the court's time, which is being paid by hard-earned tax dollars.'" *See Young v. PNC Bank, N.A.*, No. 3:16cv298/RV/EMT, 2018 WL 1251920, at *2 (N.D. Fla. Mar. 12, 2018) (quoting *Roach v. Arrisi*, No. 8:15-cv-2547-T-33AEP, 2016 WL 8943290, at *2 (M.D. Fla. Jan. 7, 2016) (alterations in original)).

Specifically, Plaintiff alleges that Defendant, the Central Intelligence Agency, "has left [her] homeless after hacking [her] brokerage . . . while [she] was in . . . Mexico" and that her "wallet was also stolen by CIA agents" and "by the Sheriff's D[epartment] in Orlando . . . ." (Doc. 1 at 4).  Plaintiff also alleges that she is "the daughter of Queen Elizabeth and Prince Philip" of the "British Crown." (*Id.* at 3).

This case is patently frivolous and due to be dismissed, without leave to amend. *See Neitzke v. Williams*, 490 U.S. 319, 327 (1989) (20 U.S.C. § 1915 "accords judges not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless."); *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) ("[F]rivolous claims include claims 'describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar.'") (quoting *Neitzke*, 490 U.S. at 328 (1989).

The Court notes that it appears Plaintiff has initiated several cases in recent months.[1]  Many have been dismissed as frivolous.  Plaintiff is warned that if she continues to file frivolous cases of this nature in this Court, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), **including monetary sanctions** or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.

---

[1] A search of court dockets reveals that Plaintiff has several cases in the Middle District since March 23, 2026.  *See Santana v. Amerant Bancorp Inc. et al*, 8:26-cv-01061-JLB-AAS (M.D. Fla. 2026); *Santana v. Host Marriott Corp.*, 8:26-cv-809-JLB-LSG (M.D. Fla. 2026); *Santana v. The Windsor Family Trust Fund*, 8:26-cv-867-WFJ-AEP (M.D. Fla.); *Santana v. Disney*, 8:26-cv-877-WFJ-SPF (M.D. Fla. 2026); *Santana v. MetLife Foundation*, 8:26-cv-878-KKM-AEP (M.D. Fla. 2026); *Santana v. United States Postal Service*, 8:26-cv879-MSS-AAS (M.D. Fla. 2026); *Santana v. The Roosevelt Family Trust Fund*, 8:26-cv-928-WFJ-AEP (M.D. Fla. 2026); *Sanatana v. The Rothschild Family Trust Fund*, 8:26-cv-929-WFJ-AAS (M.D. Fla. 2026); *Santana v. The Windsor Family Trust Fund*, 8:26-cv-946-WFJ-SPF (M.D. Fla. 2026); *Santana v. The Rockefeller Family Trust Fund*, 8:26-cv-947-TPB-LSG (M.D. Fla. 2026); *Santana v. Musk*, 8:26-cv-964-TPB-LSG (M.D. Fla. 2026); *Sanatana v. United States District Court Middle District of Tampa Bay*, 8:26-cv-975-WFJ-CPT (M.D. Fla. 2026); *Santana v. Mohamad Al Fayed Family Trust Fund*, 8:26-cv-992-JLB-CPT (M.D. Fla. 2026).

**CONCLUSION**

Accordingly, it is **ORDERED**:

(1)     Plaintiff's Complaint (Doc. 1) is **DISMISSED** without leave to amend.

(2)     Plaintiff's Motion for Court Date (Doc. 12) is **DENIED as moot**.

(3)     Plaintiff's Motion for Court Review (Doc. 13) is **DENIED as moot**.

(4)     The Clerk of Court is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**ORDERED** in Tampa, Florida, on May 6, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

3